IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

MIKE GUTH                                                                                                    PLAINTIFF

v.                                        NO. 3:15-cv-00135 PSH

CAROLYN W. COLVIN, Acting Commissioner                                      DEFENDANT
of the Social Security Administration

## JUDGMENT

Pursuant to the Memorandum Opinion and Order entered this day, judgment is entered for plaintiff Mike Guth. The final decision of the Acting Commissioner of the Social Security Administration is reversed, and this proceeding is remanded pursuant to "sentence four."

IT IS SO ORDERED this 11th day of May, 2016.

_____
UNITED STATES MAGISTRATE JUDGE