# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

MIKE GUTH                                                          PLAINTIFF


v.                              NO. 3:15-cv-00135 PSH


CAROLYN W. COLVIN, Acting Commissioner                        DEFENDANT
of the Social Security Administration


## ORDER

Plaintiff Mike Guth ("Guth") has filed the pending motion for an award of attorney's fees and other expenses under the provisions of the Equal Access to Justice Act. See Document 16. In the motion, he seeks fees and expenses totaling $1,943.52. The Acting Commissioner of the Social Security Administration has no objection to the amount of fees and expenses requested by Guth.

The Court has reviewed Guth's motion and finds nothing unreasonable about the hours of work performed, the hourly rate requested, or the amount of expenses requested. The motion is granted, and fees and expenses totaling $1,943.52 are awarded to Guth. Because the award belongs to Guth, and not his attorney, see Astrue v. Ratliff, — U.S. —, 130 S.Ct. 2521, 177 L.E.2d 91 (2010), the Department of Treasury shall issue

payment of this award by check made payable to Guth, in care of his attorney, Stephanie

Bartels ("Bartels"), and shall mail the check to Bartels at her Jonesboro, Arkansas,

address.

IT IS SO ORDERED this 3rd day of August, 2016.


_____

UNITED STATES MAGISTRATE JUDGE